IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY ANDREW MOORE,

       Plaintiff,                     No. CIV S-07-1555 LKK GGH P

    vs.

JOEL DECKLER, et al.,

       Defendants.              ORDER

_____/

       Plaintiff has requested an extension of time to file his objections to the October 17, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's November 5, 2007 request for an extension of time is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file his objections to the October 17, 2007 findings and recommendations

DATED: 11/14/07

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:bb
moor1555.36